DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

REALTY CORP. v. SAVINGS & LOAN ASSOC.

No. 170 PC.

Case below: 40 N.C. App. 675.

Petition by defendant for discretionary review under G.S. 7A-31 denied 28 June 1979. Motion for plaintiff to dismiss appeal for lack of substantial constitutional question allowed 28 June 1979.

REID v. ECKERDS DRUGS, INC.

No. 146 PC.

Case below: 40 N.C. App. 476.

Petition by defendant for discretionary review under G.S. 7A-31 denied 12 July 1979.

ROUSE v. MAXWELL

No. 147 PC.

No. 68 (Fall Term).

Case below: 40 N.C. App. 538.

Petition by defendants for discretionary review under G.S. 7A-31 allowed 28 June 1979.

SMITH v. CURRIE

No. 135 PC.

Case below: 40 N.C. App. 739.

Petition by defendant for discretionary review under G.S. 7A-31 denied 12 July 1979.

STATE v. BRANCH

No. 52.

Case below: 41 N.C. App. 80.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 12 July 1979.